[No. 49944-1-I.   Division One.   November 18, 2002.]

*In the Matter of the Dependency of* T.J.B.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. TIMOTHY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-7-05212-6, John P. Erlick, J., entered January 23, 2002. Discretionary review *denied* by unpublished per curiam opinion. Now published at 115 Wn. App. 182.

[No. 20330-1-III.   Division Three.   November 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM WINKS WINNIER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-00515-0, James P. Hutton, J., entered June 6, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 20406-5-III.   Division Three.   November 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL TORRES ALVARADO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-00433-1, F. James Gavin, J., entered August 2, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20579-7-III.   Division Three.   November 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMARA MARIE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00026-2, Rebecca M. Baker, J., entered October 5, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.